**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **IMRAN CHAUDHRI,** individually and on behalf of those similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**LUMILEDS, LLC.,**<br><br>　　　　　　　　　Defendant. | Civil Action No. 18-2167 (KM)(CLW)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff, Imran Chaudhri and Defendant, Lumileds,

LLC, through their respective counsel, hereby stipulate and agree that this action be dismissed

with prejudice and without the award of any costs, fees or other relief to any party.


*s/ Thomas Paciorkowski*
Thomas Paciorkowski, Esq. (of Counsel)
Eichen Crutchlow Zaslow, LLP
40 Ethel Road
Edison, N.J. 08817
(201) 823-0901
tom@paciorkowski.net

*Attorney for Plaintiff, Imran Chaudhri*


Dated: March 1, 2019


*s/ Jeffrey J. Greenbaum*
Jeffrey J. Greenbaum
jgreenbaum@sillscummis.com
Patrick C. Gilmartin
pgilmartin@sillscummis.com
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Telephone: (973) 643-7000

Laurence F. Pulgram (*pro hac vice*)
lpulgram@fenwick.com
Molly R. Melcher (*pro hac vice*)
mmelcher@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300

*Attorneys for Defendant, Lumileds LLC*


So Ordered this _____ 1st day of March, 2019

Hon. Kevin McNulty, USDJ